IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY M. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-768-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the *Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act* submitted by the Plaintiff (Doc. #21, filed January 2, 2008), and the attachments thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by January 15, 2008** to show any cause why the motion should not be granted.

Done this 4th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE