IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY M. ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-768-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is now before the Court on the Plaintiff's *Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act* (EAJA) submitted by the Plaintiff (Doc. #21, filed January 2, 2008). Judgment in this case was entered in favor of plaintiff upon remand pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. #17, filed October 25, 2007). Defendant contested the time expended by Plaintiff's counsel in its *Response to Plaintiff's Application. . .* (Doc. #23, filed January 15, 2008), and in an *Amended Response to Plaintiff's Application . . .* (Doc. #24, filed January 15, 2008) informed the court of its agreement with Plaintiff's counsel. The *Amended Response* recites the parties agreed to EAJA fees in the amount of $850.00, which may be issued directly to Plaintiff's counsel as assignee under Plaintiff's fee agreement. The Defendant stipulates the fee award may be applied to offset a debt owed by Plaintiff in accordance with 31 C.F.R. § 285.5(e)(6)(ii).

Upon review, the Court determines that the Plaintiff's application for an award of attorney fees and costs under EAJA is timely filed, that Plaintiff has met the requisite prevailing party status entitling her to an award of fees, and that the terms of the award agreed upon by the parties are reasonable.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of this Court that the plaintiff's application for an award of fees and expenses under the Equal Access to Justice Act is GRANTED in the total amount of $ 850.00, and that said amount be issued to Plaintiff's counsel pursuant to Plaintiff's fee agreement.

Done this 17th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE